DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT D'ANGELO,**
Appellant,

v.

**BAYSHORE GROVE LLC** and **DANDEAU RENTAL, INC.,**
Appellees.

No. 4D2025-2786

[July 23, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Florence Barner, Judge; L.T. Case No. 062024CA002389AXXXCE.

Seth J. Donahoe, Jennifer H. Wahba, and Jennifer A. Bautista of Tripp Scott, P.A., Fort Lauderdale, for appellant.

Richard B. Rosengarten, Mitchell J. Burnstein, and Bryan C. Siddique of Weiss Serota Helfman Cole & Bierman, P.L., Coral Gables, for appellee Bayshore Grove LLC.

No appearance for appellee Dandeau Rental, Inc.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***